

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-94,503-01

### IN RE JUAN MARTIN VIDAL PALLARES, Relator

### ON PETITION FOR WRIT OF PROHIBITION
### TRIAL CAUSE NO. 2440161
### IN THE COUNTY CRIMINAL COURT AT LAW NUMBER 16
### FROM HARRIS COUNTY

*Per curiam*.

### O R D E R

Relator, through counsel, has filed a motion for leave to file a petition for writ of prohibition under this Court's original jurisdiction. Relator is accused of violating his pretrial release conditions by engaging in conduct that could lead to his arrest. Relator has filed a petition asking this Court to order Respondent—Hon. Darrell Jordan of Harris County Criminal Court at Law Number 16—not to proceed with the contempt hearing. Relator argues that the bond condition is unenforceable, so the trial court has a ministerial duty not to hold him in contempt for allegedly violating it. Relator also argues that the trial court must use bond revocation as authorized by the Code of Criminal Procedure rather than criminal contempt to enforce bond conditions. Relator says that if he is found to be in contempt, there is no direct appeal, so there is no adequate remedy at law.

Respondent is invited to provide a response to Relator's claims. The State of Texas, through the Harris County Criminal District Attorney, is a Real Party in Interest and may also provide a response. Any response shall be filed with this Court within thirty (30) days of the date of this order. The contempt proceeding in the trial court is stayed pending this Court's resolution of this matter.

Filed: January 31, 2023
Do not publish